UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM FRANKLIN SCARBOROUGH, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) No.: 3:14-cv-577-TAV-CCS ) |
| PAUL WHITE, TERRY FRANK, and DR. CAMPANELLI, | ) ) ) ) |
| *Defendants*. | ) |

## MEMORANDUM and ORDER

The Court is in receipt of a *pro se* prisoner's motion for voluntary dismissal, pursuant to Rule 41(a), Federal Rules of Civil Procedure, of his civil rights complaint brought under 42 U.S.C. § 1983, (Doc. 8). Accordingly, plaintiff's motion is **GRANTED** and this action **DISMISSED** without prejudice

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE