UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM FRANKLIN SCARBOROUGH, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) No.: 3:14-cv-577-TAV-CCS |
| | ) |
| PAUL WHITE, TERRY FRANK, and | ) |
| DR. CAMPANELLI, | ) |
| | ) |
| *Defendants*. | ) |

## JUDGMENT

In accordance with the memorandum and order this day filed, it is **ORDERED** that plaintiff's motion for voluntary dismissal, (Doc. 8), is **GRANTED**. This *pro se* civil rights complaint under 42 U.S.C. § 1983 is **DISMISSED without prejudice**.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
    CLERK OF COURT